IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENVILLE

| | | |
|---|---|---|
| PATTYE BURNETTE, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Case No. 2:22-cv-00115-TRM-CRW |
| THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA, | § § § § | |
| Defendant. | § | |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff hereby stipulates to dismissal of all claims in the above-captioned matter with prejudice pursuant to a confidential settlement agreement, with each party to bear their own attorneys' fees and costs incurred in this action.

Dated: January 23, 2023    Respectfully submitted,

*/s/ D. Seth Holliday*
D. Seth Holliday
McMahan Law Firm, LLC
700 S. Thornton Avenue
P.O. Box 1607
Dalton, Georgia 30722
(706) 217-6118 (telephone)
sholliday@mcmahanfirm.com
*Attorney for Plaintiff Pattye Burnette*

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of January 2023, I caused a true and correct copy of foregoing Stipulation of Dismissal to be served upon counsel of record via the Court's CM/ECF system.

>	/s/ D. Seth Holliday
>	D. Seth Holliday